1
2
3                                                                    **JS-6**
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
9

10   MONETIZE.COM, INC., a Nevada          )  Case No.: 2:20-cv-4174-KES
     corporation, and DANNY BIBI, an       )
11   individual,                           )
                                           )
12                    Plaintiffs,          )  Hon. Karen E. Scott
                                           )
13          vs.                            )
                                           )  ~~PROPOSED~~
14   CAPSPECIALTY, INC. d/b/a CAPITOL      )  **ORDER OF DISMISSAL**
     INDEMNITY CORPORATION, a              )
15   Wisconsin corporation,                )
                                           )
16                    Defendant.           )
                                           )
17   _____)

18

19          Pursuant to the parties' Stipulation to Dismiss, and good cause appearing

20   therefore,

21          IT IS HEREBY ORDERED that the above-referenced action between

22          Plaintiffs MONETIZE.COM, INC. and DANNY BIBI, and Defendant

23   CAPITOL INDEMNITY CORPORATION (erroneously sued as

24   CAPSPECIALTY, INC. d/b/a CAPITOL INDEMNITY CORPORATION),

25   including all claims and counterclaims, is hereby dismissed with prejudice.

26   ///

27   ///

Each Party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: ___10/02/2020___        By: _Karen E. Scott_
                                    **KAREN E. SCOTT**
                                    United States Magistrate Judge